UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES GUZMAN,

    Petitioner,

v.                                                          CASE NO. 6:06-cv-1271-Orl-31JGG

JAMES MCDONOUGH, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

1. **MOTION**: Petitioner's *pro se* motion to have the Court hear the grounds and argument for relief (Doc. No. 18, filed November 21, 2006).

The Court notes that the motion was filed by Petitioner in a *pro se* capacity although he has counsel. Petitioner's attention is directed to Rule 2.03(d), Local Rules of the United States District Court for the Middle District of Florida, which provides in pertinent part:

> Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court; nor shall any party, having previously elected to proceed in proper person, be permitted to obtain special or intermittent appearances of counsel except upon such conditions as the Court may specify.

Petitioner has not sought or received leave of Court to file the above-referenced motion. Accordingly, the motion shall be disregarded by the Court and is hereby **STRICKEN** from the record.

2. **MOTION**: Petitioner's motion to reopen case (Doc. No. 17, filed November 22, 2006).

Thereon it is **ORDERED** that the motion is **GRANTED**. *The Clerk of the Court is directed to reopen this case.*

**DONE AND ORDERED** at Orlando, Florida this 4th day of January, 2007.

                                                        GREGORY A. PRESNELL
                                                       UNITED STATES DISTRICT JUDGE

Copies to:
sa 1/4
Counsel of Record