# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JAMES GUZMAN,**

    Petitioner,

v.                                           CASE NO. 6:06-cv-1271-Orl-35GJK

**SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,**

    Respondents.
_____/

## ORDER

This case is before the Court on Respondents' Motion for Stay Pending Appeal (Doc. No. 44, filed April 8, 2010). Petitioner did not file a response to the motion.

The Court entered an Order on March 17, 2010 (Doc. No. 41) that granted in part and denied in part Petitioner's amended habeas petition. Specifically, the writ of habeas corpus was conditionally granted with regard to claim one, effective ninety days from the date of the Order, unless the State of Florida initiated new trial proceedings in state court consistent with the law. A corresponding Judgment was entered on March 18, 2010 (Doc. No. 42). Respondents appealed, and the appeal remains pending with the Eleventh Circuit Court of Appeals. Respondents request that the "enforcement of the judgment" be stayed until the appeal is resolved.

Petitioner has failed to come forward with any special or extraordinary circumstances that would preclude the relief sought by Respondents. *See Barnett v.*

*Hargett*, 166 F.3d 1220 (10th Cir. 1999) (holding that "[t]o warrant release pending review of a petition for writ of habeas corpus, a defendant must demonstrate special circumstances or a high probability of success."). As noted above, Petitioner did not respond to this motion. Further, the State has a strong interest in obtaining the stay since Petitioner was sentenced to death. *See Hilton v. Braunskill*, 481 U.S. 770, 777 (1987) (finding that the State's interest in continuing custody will be the strongest when the remaining portion of the sentence to be served is lengthy). Finally, the Court notes that, if a stay is not granted, both parties will be forced to proceed simultaneously with the retrial in state court and the appeal in federal court.

Under the circumstances, Respondents' Motion for Stay Pending Appeal (Doc. No. 44, filed April 8, 2010) is **GRANTED**. The directives in the Court's Order of March 17, 2010 (Doc. No. 41) relating to the issuance of the conditional writ and the initiation of new trial proceedings in state court shall be stayed pending the completion of the appellate proceedings related to that Order and the corresponding Judgment.

**DONE** and **ORDERED** in Chambers in Orlando, Florida this 29th day of April 2010.

Copies to:
sa 4/29
Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

2