**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES GUZMAN,**

    Petitioner,

v.                                          **CASE NO. 6:06-cv-1271-Orl-35GJK**

**SECRETARY, DEPARTMENT OF CORRECTIONS,** *et al.*,

    Respondents.
_____/

**ORDER**

On December 7, 2011, the Eleventh Circuit Court of Appeals affirmed this Court's Order of March 17, 2010 (Doc. No. 41), which conditionally granted Petitioner's habeas petition unless the State of Florida initiated new trial proceedings in state court. On January 6, 2012, the Eleventh Circuit Court of Appeals issued its mandate consistent with that affirmance. *See* Doc. No. 47. Accordingly, Respondents are directed to notify the Court no later than March 15, 2012, whether they request that this Court relinquish jurisdiction so that they may retry Petitioner.

**DONE** and **ORDERED** in Orlando, Florida, this 10th day of January, 2012.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 1/10
Counsel of Record