**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAMES GUZMAN,

    Petitioner,

v.                              CASE NO. 6:06-cv-1271-Orl-35GJK

SECRETARY, DEPARTMENT OF
   CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

Respondents have filed a Notice of Intent to Retry Defendant (Doc. No. 49, filed January 20, 2012), stating that it is their intention to retry Petitioner. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **REMANDED** to the Seventh Judicial Circuit Court, in and for Volusia County, Florida for further proceedings consistent with the Court's Order of March 17, 2010 (Doc. No. 41). The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 16th day of February, 2012.

*[signature]*

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/16
Counsel of Record
Seventh Judicial Circuit Court